**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LOCKHEED MARTIN CORPORATION,**

        **Plaintiff,**

**-vs-**                                  **Case No.  6:05-cv-1580-Orl-31KRS**

**KEVIN SPEED, STEVE FLEMING, and**
**PATRICK ST. ROMAIN,**
        **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF LOCKHEED MARTIN CORPORATION'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER WITHOUT NOTICE (Doc. 2)** |
| **FILED:** | **October 20, 2005** |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

Despite a combined 63 pages of argument in its motion and accompanying memorandum, the Plaintiff has failed to show that the various forms of irreparable injury it fears – spoliation of evidence, disclosure of proprietary information, or the like – are sufficiently likely and imminent so as to justify the extraordinary remedy of injunctive relief without notice.  Aside from the Plaintiff's suspicions, there is nothing to suggest that the Defendants will not fulfill their obligation to preserve evidence, and the Defendants have had six months or more to disclose the

proprietary information, if that was their intention. If the Plaintiff wishes to move for a preliminary injunction, rather than a TRO without notice, it must comply with the page limit set forth in Local Rule 3.01(c) – i.e., the motion and accompanying memorandum must total 20 or fewer pages.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 21, 2005.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record for Plaintiff (only)