# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LOCKHEED MARTIN CORPORATION a Maryland corporation,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:05-cv-1580-Orl-31KRS**

**L-3 COMMUNICATIONS CORPORATION, a Delaware corporation, MEDIATECH, INC., a Delaware corporation, KEVIN SPEED, STEVE FLEMING, and PATRICK ST. ROMAIN,**

        **Defendants.**

_____

**L-3 COMMUNICATIONS CORPORATION, a Delaware corporation,**

        **Counter-Plaintiff,**

**vs.**

**LOCKHEED MARTIN CORPORATION, a Maryland corporation,**

        **Counterclaim Defendant,**
**and**

**JACK KELLY, THOMAS DORSEY, MICHAEL HOMAN, and THOMAS HULL,**

        **Additional Counterclaim Defendants.**

_____

## ORDER

Upon consideration of Lockheed's Motion (Doc. 86) to Dismiss Counts I and II of L-3's Counterclaim, the Court finds that the allegations in L-3's Counterclaim satisfy the pleading requirements of Fed. R. Civ. P. 8 and that Counts I and II of the Counterclaim (alleged antitrust violations) are not subject to dismissal under Fed. R. Civ. P. 12(b)(6).  Accordingly, it is

**ORDERED** that said Motion is DENIED.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 6, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party