# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LOCKHEED MARTIN CORPORATION a Maryland corporation,**

    **Plaintiff,**

**-vs-**                **Case No. 6:05-cv-1580-Orl-31KRS**

**L-3 COMMUNICATIONS CORPORATION, a Delaware corporation, MEDIATECH, INC., a Delaware corporation, KEVIN SPEED, STEVE FLEMING, and PATRICK ST. ROMAIN,**

    **Defendants.**
_____

**L-3 COMMUNICATIONS CORPORATION, a Delaware corporation,**

    **Counter-Plaintiff,**

**vs.**

**LOCKHEED MARTIN CORPORATION, a Maryland corporation,**

    **Counterclaim Defendant,**
**and**

**JACK KELLY, THOMAS DORSEY, MICHAEL HOMAN, and THOMAS HULL,**

    **Additional Counterclaim Defendants.**
_____

# ORDER

Plaintiff has moved for reconsideration (Doc. 156) of this Court's Order (Doc. 154) denying Plaintiff's Motion for Leave to Amend the Second Amended Complaint (Doc. 149). Responses were filed by Defendants at Doc. 159, 161 and 162. Plaintiff contends that the Court is obliged to explain the basis for its prior denial.

In its Motion and Motion for Reconsideration, Plaintiff concedes that its proposed amendment adds no new claims, adds no new parties and simply adds some additional factual allegations which lend additional support to Plaintiff's existing claims. One might ask, therefore, why is another amendment to the Complaint necessary? Will Plaintiff seek to leave to amend every time it learns something new during the course of discovery? Or, is this Motion designed simply to burden the Court and Defendants with unnecessary pleadings?

This case has been pending for over one year and several iterations of the Complaint have been filed. Motions to dismiss portions of the Second Amended Complaint have been pending for almost three months. The Court has not had time to address these substantive motions because it seems to spend much of its time dealing with insignificant matters such as the subject motion.

For these reasons and for all the reasons set forth in Defendant's response (Doc. 159), it is

**ORDERED** that Plaintiff's Motion for Reconsideration is DENIED.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 1, 2006.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party