**U**NITED **S**TATES **D**ISTRICT **C**OURT
**M**IDDLE **D**ISTRICT OF **F**LORIDA
**O**RLANDO **D**IVISION

**LOCKHEED MARTIN CORPORATION a**
**Maryland corporation,**

      **Plaintiff,**

**-vs-**                **Case No. 6:05-cv-1580-Orl-31KRS**

**L-3 COMMUNICATIONS**
**CORPORATION, a Delaware corporation,**
**MEDIATECH, INC., a Delaware**
**corporation, KEVIN SPEED, STEVE**
**FLEMING, and PATRICK ST. ROMAIN,**

      **Defendants.**
_____

**L-3 COMMUNICATIONS**
**CORPORATION, a Delaware corporation,**

      **Counter-Plaintiff,**

**vs.**

**LOCKHEED MARTIN CORPORATION, a**
**Maryland corporation,**

      **Counterclaim Defendant,**
**and**

**JACK KELLY, THOMAS DORSEY,**
**MICHAEL HOMAN, and THOMAS**
**HULL,**

      **Additional Counterclaim**
      **Defendants.**
_____

**ORDER**

Upon consideration of Defendant Fleming's Motion to Dismiss Count I of the Second Amended Complaint (Doc. 126), and Plaintiff's opposition thereto (Doc. 137), it is

**ORDERED** that for the reasons stated in this Court's prior Order (Doc. 112), the Motion is GRANTED. Count I is dismissed as to Steve Fleming, with prejudice.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 5, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party