# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LOCKHEED MARTIN CORPORATION a Maryland corporation,**

    **Plaintiff,**

**-vs-**                **Case No. 6:05-cv-1580-Orl-31KRS**

**L-3 COMMUNICATIONS CORPORATION, a Delaware corporation, MEDIATECH, INC., a Delaware corporation, KEVIN SPEED, STEVE FLEMING, and PATRICK ST. ROMAIN,**

    **Defendants.**
_____

**L-3 COMMUNICATIONS CORPORATION, a Delaware corporation,**

    **Counter-Plaintiff,**

**vs.**

**LOCKHEED MARTIN CORPORATION, a Maryland corporation,**

    **Counterclaim Defendant,**
**and**

**JACK KELLY, THOMAS DORSEY, MICHAEL HOMAN, and THOMAS HULL,**

    **Additional Counterclaim Defendants.**
_____

## ORDER

Defendant, Kevin Speed (Speed) has moved to dismiss Counts I, II and IV of the Second Amended Complaint (Doc. 128). Plaintiff has responded in opposition thereto (Doc. 137).

For the reasons set forth in this Court's Order at Doc. 112, Defendant's Motion to Dismiss Count I of the Second Amended Complaint against Speed will be granted. With respect to Count II, Plaintiff has specifically alleged that in the process of downloading data from Plaintiff's computer, he "destroyed and permanently deleted certain [data]." This allegation is sufficient to survive a motion to dismiss the Sec. 1030(a)(5)(A)(i) claim.[1] With respect to Count IV, premised on alleged violation of Sec. 1030(a)(5)(A)(ii), this Count must fail because Defendant's access to the computer (which allegedly caused damage) was not "without authorization." *See* Order at Doc. 112, p. 16. Accordingly, it is

**ORDERED** that the Motion is GRANTED in part and DENIED in part. Counts I and IV are DISMISSED, with prejudice, as to Speed. The Motion as to Count II is DENIED.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 5, 2006.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

---

[1] The Court presumes this allegation is made with due regard for Fed. R. Civ. P. 11.