# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LOCKHEED MARTIN CORPORATION** a
Maryland corporation,

                  **Plaintiff,**

**-vs-**                                               **Case No. 6:05-cv-1580-Orl-31KRS**

**L-3 COMMUNICATIONS CORPORATION,**
a Delaware corporation, **MEDIATECH, INC.,**
a Delaware corporation, **KEVIN SPEED,
STEVE FLEMING,** and **PATRICK ST.
ROMAIN,**

                  **Defendants.**
_____

**L-3 COMMUNICATIONS CORPORATION,**
a Delaware corporation,

                  **Counter-Plaintiff,**

**vs.**

**LOCKHEED MARTIN CORPORATION,** a
Maryland corporation,

                  **Counterclaim Defendant,**
**and**

**JACK KELLY, THOMAS DORSEY,
MICHAEL HOMAN,** and **THOMAS HULL,**

                  **Additional Counterclaim**
                  **Defendants.**
_____

# ORDER

This matter comes before the Court on the Motion to Dismiss (Doc. 132) filed by Defendant and Counterclaim Plaintiff L-3 Communications Corporation ("L-3"). L-3 seeks dismissal of counts I-V of the Second Amended Complaint (Doc. 116). In the instant case, it is clear that the claims in those five counts against L-3 cannot stand independently of the claims made against the individual defendants – Kevin Speed ("Speed"), Steve Fleming ("Fleming"), and Patrick St. Romain ("St. Romain") – who are alleged to have done the actual copying and deleting of computer data. The Court has already entered orders granting dismissal with prejudice of Count I as to Fleming (Doc. 167), Count I and Count IV as to Speed (Doc. 168), and Count I, Count III and Count V as to St. Romain (Doc. 172). As to the individual defendants, the only claim remaining in counts I-V is the claim against Speed in Count II. (Doc. 168 at 2). Accordingly, it is

**ORDERED** that the Motion to Dismiss (Doc. 132) filed by L-3 is **GRANTED** in part and **DENIED** in part. Counts I, III, IV, and V are **DISMISSED WITH PREJUDICE** as to L-3. The motion as to Count II is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 7, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party