## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
#### ORLANDO DIVISION

**LOCKHEED MARTIN CORPORATION a Maryland corporation,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　**Case No. 6:05-cv-1580-Orl-31KRS**

**L-3 COMMUNICATIONS CORPORATION, a Delaware corporation, MEDIATECH, INC., a Delaware corporation, KEVIN SPEED, STEVE FLEMING, and PATRICK ST. ROMAIN,**

        **Defendants.**

_____

**L-3 COMMUNICATIONS CORPORATION, a Delaware corporation,**

        **Counter-Plaintiff,**

**vs.**

**LOCKHEED MARTIN CORPORATION, a Maryland corporation,**

        **Counterclaim Defendant,**
**and**

**JACK KELLY, THOMAS DORSEY, MICHAEL HOMAN, and THOMAS HULL,**

        **Additional Counterclaim Defendants.**

_____

## ORDER

This matter comes before the Court on the Emergency Relief From Protective Order (Doc. 227) filed by Defendant L-3 Communications ("L-3"), the response (Doc. 242) filed by the Plaintiff, Lockheed Martin Corporation ("Lockheed Martin"), and the proposed order (Doc.243) filed by L-3 at the Court's request.  Although Lockheed Martin contends that the allegations underlying the Government's request for the documents are both baseless and not of an emergency nature, those determinations are for the Government to make.  Moreover, Lockheed Martin has agreed to provide the responsive documents directly to the Government, and has not identified any harm that it could suffer as a result of L-3 being the entity that turns them over.

In consideration of the foregoing, it is hereby **ORDERED AND ADJUDGED** that  the Emergency Relief From Protective Order (Doc. 227) is **GRANTED**.  The following documents and testimony shall be removed from the ambit of the Amended Protective Order for Confidentiality (the "Protective Order") in this case for the limited purposes of counsel for L-3 reporting and documenting suspected violations of federal law to the (i) ATARS II Contracting Officer; and (ii) Air Force Office of Special Investigations ("AFOSI"):

- LM 002570-71;
- LM 002711-15;
- LM 002788-856;
- LM 002857-900;
- LM 005411-12;
- LM 005356-57;

- LM 005360-62;
- LM 005363-64;
- LM 005630-5662;
- LM 005689-91;
- LM 005692-93;
- LM 005723-26;
- LM 005758-60;
- LM 005987;
- LM 005993-94;
- LM 007685-86;
- LM 0007996-97;
- LM 008088-89;
- LM 008864;
- LM 022291-92;
- LM 025089;
- LM 0080272-74;
- LM 011022-24;
- LM 012110-53;
- LM 012154-57;
- LM 012186;
- LM 022291-92;
- LM 025086-87;

- LM 107203;
- LM 130092-94;
- LM 130344-50;
- LM 131351-52;
- LM 140513-15;
- LM 140747-49;
- LM 183207-08;
- LM 191550-57;
- LM 191645;
- LM 191672-83;
- LM 220930-34;
- LM 221068-112;
- LM 224391-93;
- LM 224596-630;
- LM 225598;
- LM 229940-41;
- LM 230115-16;
- LM 230571-91;
- LM 231138;
- LM 231207-09;
- LM 233934-35;
- LM 241114;

- LM 241838-55;

- LM 242024-53;

- LM 243177-197;

- LM 243198-218;

- LM 250983;

- LM 250065-79;

- LM 251716-17;

- March 26, 2007 deposition testimony of Thomas Hull;

- April 24, 2007 deposition testimony of Thomas Hull;

- March 28, 2007 deposition testimony of Jack Kelly; and

- April 26, 2007 deposition testimony of Jack Kelly.

By removing the documents and testimony from the ambit of the Protective Order for the limited purposes set forth herein, the Court is not granting anyone at L-3 access to the documents and testimony, unless such access is already permitted under the terms of the Protective Order.

It is further **ORDERED AND ADJUDGED** that any documents and testimony released to the ATARS II Contracting Officer or the AFOSI shall be marked with a legend indicating that the documents and testimony are the subject of a court protective order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 17, 2007.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE