UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LOCKHEED MARTIN CORPORATION a
Maryland corporation,

                Plaintiff,

                                      Case No. 6:05-cv-1580-Orl-31KRS

-vs-

L-3 COMMUNICATIONS
CORPORATION, a Delaware corporation,
MEDIATECH, INC., a Delaware
corporation, KEVIN SPEED, STEVE
FLEMING, and PATRICK ST. ROMAIN,

                Defendants.
_____

L-3 COMMUNICATIONS
CORPORATION, a Delaware corporation,

                Counter-Plaintiff,

vs.

LOCKHEED MARTIN CORPORATION, a
Maryland corporation,

                Counterclaim Defendant,
and

JACK KELLY, THOMAS DORSEY,
MICHAEL HOMAN, and THOMAS
HULL,

                Additional Counterclaim
              Defendants.
_____

**ORDER to Provide Further Information on the Prior Analysis of Speed's Personal
Computers**

Pursuant to the Amended Order entered on May 23, 2007 and the Stipulated Order

Regarding Computer Evidence, Jerry Hatchett, independent computer examiner, is instructed to answer the following questions regarding his previous searches of the image of Speed's Mediatech Computer laptop, the Speed personal computer, the Speed backup drive, the Speed Thumb drive and Speed's daughter's computer ( the"Speed Computers") within Mr. Hatchett's possession:

Mr. Hatchett is directed to answer the following questions and return the completed answers by June 4, 2007 to the counsel listed below. With regard to the questions set forth in this Order, Mr. Hatchett is directed to report only on what work or analysis was previously performed in conjunction with his "Forensic Report For Speed Computers and/or Devices" dated July 18, 2006 (specifically with respect to the analysis set forth to the "Miscellaneous Issues" section of the forensic report) and not to perform any subsequent analysis to answer these questions, unless later ordered by this Court.

To the extent any of the questions ask for a yes or no answer and an explanation is needed to provide a full response, please provide an explanation.

QUESTIONS TO MR. HATCHETT

Please answer the following questions by filling in the spaces provided below:

1) Is there any evidence of WipeInfo on the Speed Daughter or Speed Mediatech computer?

2) Yes___   No___

3) Have you identified and reported all of the residual and allocated evidence of the presence of WipeInfo or any other wiping program?

4) Yes___   No___

5) Can a user access and select registry files for overwriting with WipeInfo, and if not, then could Speed have used WipeInfo on those files?

6) Yes___   No___

7) Can a user access and select restore point registry file backups for overwriting with WipeInfo?

8) Yes___   No___

9) Does WipeInfo run automatically without user input during the Norton LiveUpdate process?

10) Yes___   No___

11) Could the "00" pattern in old registry files on the Speed Daughter or Speed Mediatech computer indicate simple attrition where the new data contains "00" as a normal portion of a file?

12) Yes___   No___

13) Could the "00" pattern indicate corrupt files, or files that have incorrect data pointers due to corruption?

14) Yes___   No___

15) Could the "00" pattern indicate a portion of the hard drive that simply had

never been used?

    16) Yes\_\_\_   No\_\_\_

17) Could the "00" pattern indicate a portion of normal files that contained the "00" pattern at one time?

    18) Yes\_\_\_   No\_\_\_

19) Could the "00" pattern indicate normal wear and tear of a hard drive creating "bad sectors" which, when viewed forensically, creates the "00" pattern?

    20) Yes\_\_\_   No\_\_\_

21) Could the "00" pattern indicate flaws in the software utilized for the forensic examination, Encase, such as erroneously reporting the "00" pattern in a data position in files that, in fact, do contain valid data?

    22) Yes\_\_\_   No\_\_\_

23) In the acquisition of the defendant computers, was Encase unable to read any sectors on the media and did the image verify with no errors?

    24) Yes\_\_\_   No\_\_\_

    25) If not, identify the unreadable area by sector and indicate what allocated file occupied that disk space. Report any verification errors on any of the imaged media.

26) Are there any other alternate explanations for the "00" pattern?

27) Yes___ No___

28) Can any explanations for the "00" pattern be ruled out as to Speed's computers?

29) Yes___ No___

30) What evidence from the Speed computers would demonstrate whether WipeInfo was the cause of the "00" pattern, and can such evidence be found?

31) Did you examine the Speed Computers for consecutive Hex 00 characters or other characters consistent with the use of WipeInfo that are occupying a space on the hard drives equal to or greater than 512 bytes?

32) Yes___ No___

33) Did you compare the starting extent of files as listed in the Master File Table, directory entries, and/or the File Allocation Table (FAT) with the contents of the sector established by the starting extent to determine if the starting extent contains Hex 00 characters or other characters consistent with the use of WipeInfo?

34) Yes___ No___

35) Did you conduct an analysis of the MFT records to determine the presence of Hex 00 or other characters consistent with the use of WipeInfo that reflects whether any MFT entry was destroyed?

36) Yes___ No___

37) Did you conduct an analysis of the FAT to determine the presence of Hex 00 or other characters consistent with the use of WipeInfo?

38) Yes___ No___

39) Did you conduct an analysis of the directory entries to determine the presence of Hex 00 or other characters consistent with the use of WipeInfo?

40) Yes___ No___

41) Did you conduct an analysis to determine if log files or other file system artifacts exist that record the activity of WipeInfo?

42) Yes___ No___

43) Did you analyze the current registry and the restore points for evidence and artifacts that WipeInfo had been installed and executed?

44) Yes___ No___

45)

46) Did you analyze the prefetch directory with respect to the execution and running of WipeInfo?

47) Yes___ No___

48) Did you compare and analyze .dll files associated with the execution of

WipeInfo to determine if the .dll files were accessed within a timeline consistent with a user executing WipeInfo on January 3, 2006, on the Speed Computers?

49) Yes___   No___

50) Did you conduct an analysis to determine if log files or other file system artifacts exist that log or otherwise record the time and dates of updates for the Symantec suite of files associated with WipeInfo?

51) Yes___   No___

**DONE** and **ORDERED** in Orlando, Florida on May 25, 2007.

*/s/ Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties