UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LOCKHEED MARTIN CORPORATION a
Maryland corporation,

                Plaintiff,

Case No. 6:05-cv-1580-Orl-31KRS

-vs-

L-3 COMMUNICATIONS
CORPORATION, a Delaware corporation,
MEDIATECH, INC., a Delaware
corporation, KEVIN SPEED, STEVE
FLEMING, and PATRICK ST. ROMAIN,

                Defendants.

---

L-3 COMMUNICATIONS
CORPORATION, a Delaware corporation,

                Counter-Plaintiff,

vs.

LOCKHEED MARTIN CORPORATION, a
Maryland corporation,

                Counterclaim Defendant,

and

JACK KELLY, THOMAS DORSEY,
MICHAEL HOMAN, and THOMAS
HULL,

                Additional Counterclaim
              Defendants.

---

**ORDER to Provide Further Information on the Prior Analysis of St. Romain's
Personal Computers**

Pursuant to the Amended Order entered on May 23, 2007 and the Stipulated Order

Regarding Computer Evidence, Jerry Hatchett, independent computer examiner, is instructed to answer the following questions regarding his previous searches of the image of St. Romain's personal hard drive and thumb drive ("St. Romain Computers") within Mr. Hatchett's possession:

Mr. Hatchett is directed to answer the following questions and return the completed answers by June 4, 2007 to the counsel Kay Wolf at Ford & Harrison, LLP and Frank Bedell at Winderweedle, Haines, Ward & Woodman. P.A,. With regard to the questions set forth in this Order, Mr. Hatchett is directed to report only on what work or analysis was previously performed in conjunction with his "Forensic Report For St. Romain Computers and/or Devices" dated July 18, 2006 (specifically with respect to the analysis set forth to the "Miscellaneous Issues" section of the forensic report) and not to perform any subsequent analysis to answer these questions, unless later ordered by this Court.

To the extent any of the questions ask for a yes or no answer and an explanation is needed to provide a full response, please provide an explanation.

QUESTIONS TO MR. HATCHETT

Please answer the following questions by filling in the spaces provided below:

You stated in your report on St. Romain's Home computer that the "executable file WIPINFT.EXE, which is the main file that is opened when the WipeInfo program is actually run, was accessed on 1/3/06 at 11:42:09."

1) As an initial matter is the executable, "WIPINFT.EXE", spelled correctly?

Yes ___ No ___

1) Does this statement necessarily mean that the computer user ran WipeInfo to delete or "wipe" files?

      Yes ___ No ___

1) Are there other events (apart from actually "wiping" data) that would cause the WIPINFT.EXE executable file to be accessed (i.e. live Update)?

      Yes ___ No ___

1) Does using WipeInfo to wipe files delete the entries for those files from the computer registry?

      Yes ___ No ___

1) Is WipeInfo capable of wiping registry entries?

      Yes ___ No ___

1) What information (i.e. books, manuals, documents, white papers, etc. . .) have you reviewed regarding WipeInfo?

    7)

    1)

    2)

3) What version of WipeInfo was on the St. Romain's Computers when you

examined it?

    4)

    5)

    6) What version of LiveUpdate was being used on the St. Romain Computers when you examined it?

    7)

    8)

    9) Did you review the LiveUpdate logs or the LiveUpdate run schedules to determine if LiveUpdate had triggered the access of the WIPINFT.EXE executable?

    Yes ___ No ___

    10) You also stated in the Registry Analysis section of your report that "[t]he analysis of removable device activity yielded eight file entries whose filenames contained the word "ATARS." Four of those files were transferred from a Sandisk thumbdrive to the St. Romain home computer on 11/29/05, and all four of those files were accessed from the home computer on 1/3/06, within four seconds of each other."

    1) Regarding the four files that were accessed from the home computer on 1/3/06, are these the same files that are referenced in the Registry Analysis chart, highlighted in green, and described as "copy on home computer"?

Yes ___ No ___

1) Were the four files referenced in the preceding question still present on the computer when you examined it?

Yes ___ No ___

1) Apart from the execution of the WipeInfo executable, is there any indication that key word sensitive documents had been erased by WipeInfo?

Yes ___ No ___

1) Did you determine whether there were any bad or missing sectors on the original hard drive?

Yes ___ No ___

1) In the acquisition of the St. Romain computers, was Encase unable to read any sectors on the media and the image verify with no errors?

Yes ___ No ___

If not, identify the unreadable area by sector and indicate what allocated file occupied that disk space.

Report any verification errors on any of the imaged media.

1) Did you examine the St. Romain Computers for consecutive Hex 00 characters or other characters consistent with the use of WipeInfo that are occupying a

space on hard drive equal to or greater than 512 bytes?

Yes ___ No ___

1) Did you compare the starting extent of files as listed in the Master File Table, directory entries, and/or the File Allocation Table (FAT) with the contents of the sector established by the starting extent to determine if the starting extent contains Hex 00 characters or other characters consistent with the use of WipeInfo?

Yes ___ No ___

1) Did you conduct an analysis of the MFT records to determine the presence of Hex 00 or other characters consistent with the use of WipeInfo that reflects whether any MFT entry was destroyed?

Yes ___ No ___

1) Did you conduct an analysis of the FAT to determine the presence of Hex 00 or other characters consistent with the use of WipeInfo?

Yes ___ No ___

1) Did you conduct an analysis of the directory entries to determine the presence of Hex 00 or other characters consistent with the use of WipeInfo?

Yes ___ No ___

1) Did you conduct an analysis to determine if log files or other file system

artifacts exist that record the activity of WipeInfo?

Yes ___ No ___

1) Did you analyze the current registry and the restore points for evidence and artifacts that WipeInfo had been installed and executed?

Yes ___ No ___

1) Did you analyze the prefetch directory with respect to the execution and running of WipeInfo?

Yes ___ No ___

1) Did you compare and analyze .dll files associated with the execution of WipeInfo to determine if the .dll files were accessed within a timeline consistent with a user executing WipeInfo on January 3, 2006, on the St. Romain personal computer?

Yes ___ No ___

1) Did you conduct an analysis to determine if log files or other file system artifacts exist that log or otherwise record the time and dates of updates for the Symantec suite of files associated with WipeInfo?

Yes ___ No ___

DONE and ORDERED in Orlando, Florida on May 25, 2007.

*[Signature]*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

C:\Documents and Settings\ACook\Desktop\Revised St. Romain Order.doc